# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                             CASE NO. 1:05cr4-MP-GRJ

STEVEN WAYNE CLARK, II

_____/

## O R D E R

This matter is before the court on defendant's Motion to Extend Time to File a response to the Report and Recommendation. (Doc. 47). The court notes that although the motion was signed by defendant, it also bears the signature of Frank Amodeo[1] who apparently prepared the motion on defendant's behalf.

Upon consideration, the court will grant defendant's motion. Defendant is warned, however, that Mr. Amodeo may not present any motions or filings of any kind on defendant's behalf. Any future filing on behalf of defendant reflecting Mr. Amodeo's signature will be rejected.

Accordingly, defendant's motion (doc. 47) is GRANTED. Defendant shall have until June 14, 2012, to file objections to the Report and Recommendation.

**DONE and ORDERED** this 1st day of May, 2012.

                                          *s/ M. Casey Rodgers*
                                           **M. CASEY RODGERS**
                                           **CHIEF UNITED STATES DISTRICT JUDGE**

---

[1] Mr. Amadeo is an inmate who purports to be a "quasi-lawyer" assisting defendant.